Voluntary dismissal with prejudice approved 7/31/12.
s/    James S. Gwin
JAMES S. GWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| CYNTHIA BANCROFT, | } | Civil Action 1:12-cv-1501 |
| | } | |
| Plaintiff, | } | JUDGE: James S. Gwin |
| | } | |
| v. | } | |
| | } | |
| ENHANCED RECOVERY COMPANY, LLC | } | |
| | } | |
| Defendant. | } | |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Now comes Plaintiff, by and through undersigned counsel and hereby voluntary dismisses her case, with prejudice, pursuant to Rule 41(a)(1)(A)(i).

Respectfully Submitted,

KAHN & ASSOCIATES, L.L.C.

/s/ David W. Skall
DAVID W. SKALL (0068740)
6200 Rockside Woods Blvd – Suite 215
Independence, Ohio 44131
(216) 621-6101
(216) 621-6006 Facsimile
Attorney for Plaintiff